**Stephen Charles FORDE, Petitioner–Appellant,**

v.

**U.S. PAROLE COMMISSION, Respondent–Appellee.**

No. 97–55164.

United States Court of Appeals, Ninth Circuit.

June 4, 1997.

---

Stephen Charles Forde, Los Angeles, CA, pro se, for petitioner-appellant.

Richard E. Drooyan, Assistant United States Attorney, Los Angeles, CA, for respondent-appellee.

Before: FLETCHER, REINHARDT and FERNANDEZ, Circuit Judges.

The district court denied petitioner Stephen Charles Forde's 28 U.S.C. § 2241 petition for writ of habeas corpus. Forde filed a notice of appeal which the district court construed as a request for a certificate of appealability (COA). The district court denied the request for a COA and referred the request to this court.

We must decide whether 28 U.S.C. § 2253, as amended by the Anti–Terrorism and Effective Death Penalty Act of 1996, Pub.L.No. 104–132, 110 Stat. 1214 (1996), requires that Forde receive a COA before we may hear his appeal. The new section 2253(c)(1) provides the following:

> Unless a circuit justice or judge issues a certificate of appealability, an appeal may not be taken to the court of appeals from—

> (A) the final order in a habeas corpus proceeding in which the detention complained of arises out of process issued by a State court; or

> (B) the final order in a proceeding under section 2255.

28 U.S.C. § 2253(c)(1).

The plain language of section 2253(c)(1) does not require a COA here because this is an appeal from an order denying a 28 U.S.C. § 2241 petition that is not a final order in a habeas proceeding in which the detention complained of arises out of process issued by a State court. *See Ojo v. INS,* 106 F.3d 680, 681–82 (5th Cir.1997); *Bradshaw v. Story,* 86 F.3d 164, 166 (10th Cir.1996). Accordingly, the COA request is denied as unnecessary.

The briefing schedule established previously shall remain in effect.